NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**3G LICENSING, S.A.,**
*Appellant*

**v.**

**HONEYWELL INTERNATIONAL INC., SIERRA WIRELESS, ULC, F/K/A SIERRA WIRELESS, INC., TELIT CINTERION DEUTSCHLAND GMBH, F/D/B/A THALES DIS AIS DEUTSCHLAND GMBH,**
*Appellees*

---

2023-1270

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00640.

---

**JUDGMENT**

---

NADIIA LOIZIDES, Devlin Law Firm LLC, Wilmington, DE, argued for appellant. Also represented by TIMOTHY DEVLIN, ROBERT J. GAJARSA.

ERIK HALVERSON, K&L Gates LLP, San Francisco, CA, argued for all appellees. Appellee Honeywell International Inc. also represented by BRIAN PAUL BOZZO, Pittsburgh,

PA; JEFFREY R. GARGANO, Chicago, IL.

GUY YONAY, Pearl Cohen Zedek Latzer Baratz LLP, New York, NY, for appellee Telit Cinterion Deutschland GmbH. Also represented by KYLE AUTERI, I.

AMANDA TESSAR, Perkins Coie LLP, Denver, CO, for appellee Sierra Wireless, ULC. Also represented by RODERICK O'DORISIO.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, CHEN, *Circuit Judge* and MURPHY, *District Judge[1]*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 5, 2024
Date

Jarrett B. Perlow
Clerk of Court

---

[1]    Honorable John F. Murphy, District Judge, United States District Court for the Eastern District of Pennsylvania, sitting by designation.